# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

C.R. and J.R., individually and as Next Friends, of JOE R., a minor,

   Plaintiffs,

v

NOVI COMMUNITY SCHOOL DISTRICT, VERA WILLIAMS, in her individual capacity, STEPHANIE SCHRINER, in her individual capacity, ANDREW COMB, in his individual capacity, and STEVEN MATTHEWS, in his individual capacity, JEAN SOLOMON, an individual, and EDUSTAFF, LLC, a Michigan limited liability company,

   Defendants.

Case No. 14-cv-14531
Hon. Terrence G. Berg
Hon. R. Steven Whalen

---

VIVIANO, PAGANO & HOWLETT PLLC
By: Joseph E. Viviano (P60378)
   Joseph C. Pagano (P57107)
Attorneys for Plaintiffs
48 S. Main Street, Suite 2
Mt. Clemens, Michigan 48043
(586) 469-1580

PLUNKETT COONEY
By: Michael D. Weaver (P43985)
Attorneys for Defendants Novi Community School District, Williams, Schriner, Comb and Matthews
38505 Woodward, Suite 2000
Bloomfield Hills, Michigan 48304
(248) 901-4025

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
By: Robert L. DeJong (P12639)
Attorneys for Defendants Jean Solomon and EduStaff, LLC
99 Monroe Avenue NW, Suite 1200
Grand Rapids, Michigan 49503
(616) 776-6308

MILLER, CANFIELD, PADDOCK AND STONE, P.L.C.
By: Gerald J. Gleeson (P53568)
Attorneys for Defendants Jean Solomon and EduStaff, LLC
840 West Long Lake Road, Suite 150
Troy, Michigan 48098
(248) 267-3296

---

## **ORDER TO APPROVE SETTLEMENT**

Plaintiffs filed their Motion to Approve Settlement, the Parties appeared in

Court, and the Court has reviewed all necessary documents *in camera*.

The Court being fully advised; IT IS ORDERED that the Motion to Approve Settlement is GRANTED. Plaintiffs C.R. and J.R. are to be reimbursed for their costs, expenses and attorney fees associated with this case, and the balance of the settlement amount for minor Joe R. is to be paid to the discretionary trust for the benefit of minor Joe R. as ordered by the State of Michigan's Oakland County Probate Court. The settlement is approved as proposed, with the portion of the settlement proceeds for minor Joe R. determined to be fair and reasonable in light of the facts of this case by this Court, and this case is closed and dismissed with prejudice and without cost to any party.

**IT IS SO ORDERED**.

/s/Terrence G. Berg
TERRENCE G. BERG
United States District Judge

Dated: 11/27/2017